Dismissed and Memorandum Opinion filed February 12, 2004









Dismissed and Memorandum Opinion filed February 12,
2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01428-CV

____________

 

FALLBROOK PARTNERS, INC.,
ROBERT S. BELL, M.D., ROBERT S. BELL, M.D. P.A., CYPRESS SURGERY CENTER, INC.,
CYPRESS SURGERY ASSOCIATES, LTD., AND CYPRESS AMBULATORY ASSOCIATES, L.L.C.,
Appellants

 

V.

 

WILLIS M. MARBURGER, CRITERION
PROPERTIES ONE, L.P. D/B/A CRITERION DEVELOPMENT CORP., STEEPLECHASE CORNER
PROPERTY OWNERS ASSOCIATION, INC., TOUCHSTONE DEVELOPMENT CORP., AND TOUCHSTONE
PROPERTIES ONE, LTD., Appellees

 



 

On Appeal from the 113th
District Court

 Harris County, Texas

Trial Court Cause No.
2002-37394 

 



 

M E M O R A N D U M  
O P I N I O N

This is an appeal from a judgment signed November 25, 2003.

On January 30, 2004, appellants filed a motion to dismiss the appeal.  See Tex.
R. App. P. 42.1.  The motion is granted.








Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed February 12, 2004.

Panel consists of Justices Yates,
Anderson, and Hudson.